UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 06-10972-WGY

UNITED STATES
Plaintiff

v.

AMGEN, ET AL

Defendant

ORDER OF DISMISSAL

YOUNG, D.J.

Pursuant to the Memorandum and Order entered 4/23/10, this Court Orders that the above entitled action be and hereby is Dismissed as against all Defendants.

Sarah A. Thornton
Clerk

By:   /s/ Elizabeth Smith
      Deputy Clerk

April 26, 2010

Notice mailed to counsel of record.