UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA; and THE STATES OF CALIFORNIA, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MICHIGAN, NEW HAMPSHIRE, NEW MEXICO, NEW YORK TENNESSEE, and TEXAS; and THE COMMONWEALTHS OF MASSACHUSETTS and VIRGINIA; and THE DISTRICT OF COLUMBIA; *ex rel.* KASSIE WESTMORELAND, | ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. 06-10972-WGY |
| v. | ) ) | |
| AMGEN, INC.; INTERNATIONAL NEPHROLOGY NETWORK renamed INTEGRATED NEPHROLOGY NETWORK, a d/b/a/ of DIALYSIS PURCHASING ALLIANCE, INC.; AMERISOURCEBERGEN SPECIALTY GROUP; ASD HEALTHCARE; and AMERISOURCEBERGEN CORPORATION, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

[~~PROPOSED~~] ORDER PURSUANT TO FED. R. CIV. P. 54(b)

Pursuant to Federal Rule of Civil Procedure 54(b), it is hereby

ORDERED that, for the reasons set forth in the States' Memorandum in Support of Motion for Entry of An Order Pursuant to Federal Rule of Civil Procedure 54(b), there is no just reason for delaying appellate review of the Court's dismissal of the claims of all Intervening Plaintiff States and Georgia and New Mexico in the Order of Dismissal dated April 26, 2010 (Docket No. 213) and the Memorandum and Order dated April 23, 2010 (Docket No. 212), and;

IT IS FURTHER ORDERED that the Clerk of the Court shall enter final judgment as to all Intervening Plaintiff States and Georgia and New Mexico in this action.

Dated this 17th day of June, 2010.

*William G. Young*
HON. WILLIAM G. YOUNG
UNITED STATES DISTRICT JUDGE