## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *ex rel.* KASSIE WESTMORELAND | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-10972 - WGY |
| | ) | |
| AMGEN INC.; INTERNATIONAL | ) | |
| NEPHROLOGY NETWORK renamed | ) | |
| INTEGRATED NEPHROLOGY NETWORK, a | ) | |
| d/b/a of DIALYSIS PURCHASING ALLIANCE, | ) | |
| INC.; and ASD HEALTHCARE | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF WILLIAM J. DUNN IN SUPPORT OF AMGEN INC.'S OPPOSITION TO RELATOR'S MOTION FOR PARTIAL SUMMARY JUDGMENT THAT AMGEN INC. ARTIFICIALLY INFLATED THE AVERAGE SALES PRICE OF ARANESP IN VIOLATION OF THE FALSE CLAIMS ACT**

1.      I, William J. Dunn, hereby declare:

2.      I am a member of the Bar of the Commonwealth of Massachusetts.  I am an associate at the law firm of Ropes & Gray LLP, which represents Defendant Amgen Inc. ("Amgen") in the above-captioned action.

3.      I have personal knowledge of the facts presented in this declaration.  I respectfully submit this declaration in support of Amgen Inc.'s Opposition to Relator's Motion for Partial Summary Judgment That Amgen Inc. Artificially Inflated the Average Sales Price of Aranesp in Violation of the False Claims Act.

4.      Attached hereto as **Exhibit 1** is a true and correct copy of the relevant excerpts from the deposition of the Centers for Medicare and Medicaid Services ("CMS") through its Rule 30(b)(6) designee, John F. Warren, taken on November 5, 2010.

5.     Attached hereto as **Exhibit 2** is a true and correct copy of the relevant excerpts from the deposition of the U.S. Department of Health & Human Services, Office of Inspector General ("OIG"), through its Rule 30(b)(6) designee, David E. Tawes, taken on October 26, 2010.

6.     Attached hereto as **Exhibit 3** is a true and correct copy of OIG's report entitled "Medicaid Drug Price Comparison: Average Sales Price to Average Wholesale Price" and dated June 2005.

7.     Attached hereto as **Exhibit 4** is a true and correct copy of OIG's report entitled "Average Sales Prices: Manufacturer Reporting and CMS Oversight" and dated February 2010.

8.     Attached hereto as **Exhibit 5** is a true and correct copy of the average sales price ("ASP") data form and instructions that CMS issued and requires manufacturers to submit along with the ASP data for each drug product.  The instruction page is titled "Appendix A—Average Sales Price Reporting Data Elements" and sets forth the definitions of each data element that a manufacturer must complete.  Also included is a true and correct copy of the CMS issued "Proposed Revised Addendum A" that sets forth the ASP data form and example data that was modified only to fit the page width of the exhibit page.  Both documents are available at: http://www.cms.gov/McrPartBDrugAvgSalesPrice/.

9.     Attached hereto as **Exhibit 6** is a true and correct copy of the relevant excerpts from the deposition of Amgen through its Rule 30(b)(6) designee, Katherine Dora Perez, Executive Director of Marketing, taken on October 26, 2010.

10.     Attached hereto as **Exhibit 7** is a true and correct copy of the relevant excerpts from the deposition of Amgen through its Rule 30(b)(6) designee, Eric Price, employee in the Marketing Department for the Oncology Business Unit, taken on October 27, 2010.

11.     Attached hereto as **Exhibit 8** is a true and correct copy of the relevant excerpts from the deposition of Amgen through its Rule 30(b)(6) designee, Joseph Sodano, Jr., Segment Director for MDOs and GPOs, taken on October 20, 2010.

12.     Attached hereto as **Exhibit 9** is a true and correct copy of the relevant excerpts from the deposition of Amgen through its Rule 30(b)(6) designee, Suzana Giffin, an employee in the Medical Affairs Department, taken on October 27, 2010.

13.     Attached hereto as **Exhibit 10** is a true and correct copy of the relevant excerpts from the deposition of Amgen through its Rule 30(b)(6) designee, Jeffrey Weisiger, Director of Customer Quality and Value, taken on October 28, 2010.

14.     Attached hereto as **Exhibit 11** is a true and correct copy of the relevant excerpts from the deposition of Amgen through its Rule 30(b)(6) designee, Fred Manak, Jr., manager of Amgen's Trade Pricing and Contract Management Group, taken on October 12, 2010.

15.     Attached hereto as **Exhibit 12** is a true and correct copy of the relevant excerpts from the deposition of Amgen through its Rule 30(b)(6) designee, Roger Greene, Director of Regulatory Affairs, taken on October 22, 2010.

16.     Attached hereto as **Exhibit 13** is a true and correct copy of the relevant excerpts from the deposition of International Nephrology Network ("INN") through its Rule 30(b)(6) designee, William J. Venus, who is responsible for overseeing Nephrology distribution and GPO functions for ASD Healthcare, taken on November 19, 2010.

17.     Attached hereto as **Exhibit 14** is a true and correct copy of the relevant excerpts from the deposition of Kevin W. Sharer, Chief Executive Officer of Amgen, taken on November 15, 2010.

18.     Attached hereto as **Exhibit 15** is a true and correct copy of the relevant excerpts from the deposition of William E. Vega, Senior Engineer, taken on September 10, 2010.

19.     Attached hereto as **Exhibit 16** is a true and correct copy of the relevant excerpts from the deposition of Christopher Brian Coates, Amgen employee, taken on August 24, 2010.

20.     Attached hereto as **Exhibit 17** is a true and correct copy of the relevant excerpts from the deposition of Louis Deppe, Amgen employee, taken on August 25, 2010.

21.     Attached hereto as **Exhibit 18** is a true and correct copy of the relevant excerpts from the deposition of Tanya S. Frost, Amgen employee, taken on September 2, 2010.

22.     Attached hereto as **Exhibit 19** is a true and correct copy of the relevant excerpts from the deposition of Claes W. Hornstrand, Amgen employee, taken on October 14, 2010.

23.     Attached hereto as **Exhibit 20** is a true and correct copy of the relevant excerpts from the deposition of Julie Modesti, Amgen employee, taken on September 21, 2010.

24.     Attached hereto as **Exhibit 21** is a true and correct copy of the relevant excerpts from the deposition of Mark Papineau, Amgen employee, taken on April 21, 2010.

25.     Attached hereto as **Exhibit 22** is a true and correct copy of the relevant excerpts from the deposition of Kevin Carlin, former Amgen employee, taken on October 14, 2010.

26.     Attached hereto as **Exhibit 23** is a true and correct copy of the relevant excerpts from the deposition of Timothy Hayes, Amgen employee, taken on October 29, 2010.

27.     Attached hereto as **Exhibit 24** is a true and correct copy of the relevant excerpts from the deposition of Irene Villafane, Amgen employee, taken on September 9, 2010.

28.     Attached hereto as **Exhibit 25** is a true and correct copy of the relevant excerpts from the deposition of Gary William Inglese, INN employee, taken on September 22, 2010 and October 9, 2010.

29.     Attached hereto as **Exhibit 26** is a true and correct copy of the relevant excerpts from the deposition of Angela M. Miele, INN employee, taken on August 27, 2010.

30.     Attached hereto as **Exhibit 27** is a true and correct copy of the relevant excerpts from the deposition of Salil Mangi, M.D. of South Texas Kidney, taken on October 21, 2010.

31.     Attached hereto as **Exhibit 28** is a true and correct copy of the relevant excerpts from the deposition of Renal Associates of Baton Rouge LLC through its Rule 30(b)(6) designees, Mary A. Stanford and Dr. Robert Kenney, taken on October 5, 2010.  Confidential patient information has been redacted from this document in accordance with the Court's Protective Order.

32.     Attached hereto as **Exhibit 29** is a true and correct copy of the relevant excerpts from the deposition of Craig A. Shadur, M.D. of Iowa Kidney Physicians, taken on September 30, 2010.

33.     Attached hereto as **Exhibit 30** is a true and correct copy of the relevant excerpts from the deposition of Renal Associates through its Rule 30(b)(6) designee, Lisa Schindler, taken on October 6, 2010.

34.     Attached hereto as **Exhibit 31** is a true and correct copy of relevant excerpts of the deposition of Dorothy Schneider, Chief Operating Officer of Nephrology Associates of Syracuse and Chief Executive Officer for New York Dialysis, Liverpool Dialysis, and MSO Solutions, taken on October 5, 2010.

35.     Attached hereto as **Exhibit 32** is a true and correct copy of relevant excerpts of the deposition of Susan Seberg, Clinics Manager for Balboa Nephrology Medical Group, Inc., taken on November 17, 2010.

36.     Attached hereto as **Exhibit 33** is a true and correct copy of the relevant excerpts from the deposition of Stephen V. Yablon, M.D., of Rockland Renal, taken on October 15, 2010.

37.     Attached hereto as **Exhibit 34** is a true and correct copy of the relevant excerpts from the deposition of Stephen Adler, M.D., of Nephrology Associates of Westchester, taken on October 25, 2010.

38.     Attached hereto as **Exhibit 35** is a true and correct copy of the relevant excerpts from the deposition of Dr. Robert S. Laitman, of Bronx Westchester Medical Group, taken on November 10, 2010.

39.     Attached hereto as **Exhibit 36** is a true and correct copy of the declaration of James N. Atkins, M.D. of Southeastern Medical Oncology Center, PA, dated January 13, 2011.

40.     Attached hereto as **Exhibit 37** is a true and correct copy of the declaration of Fred Manak, Jr., dated March 21, 2011.

41.     Attached hereto as **Exhibit 38** is a true and correct copy of the relevant excerpts from the deposition of Raymond S. Hartman, taken on January 24, 2011.

42.     Attached hereto as **Exhibit 39** is a true and correct copy of the relevant excerpts from the deposition of OIG, through its Rule 30(b)(6) designee Nicole Freda, taken on November 2, 2010.

43.     Attached hereto as **Exhibit 40** is a true and correct copy of CMS' response to a frequently asked question—"Can manufacturers make assumptions with respect to a particular aspect of the ASP calculation in the absence of specific guidance in the Social Security Act or Federal regulations?"—updated on November 2, 2010 and available at https://questions.cms.hhs.gov/app/answers/detail/a_id/3323/kw/can%20manufacturers%20make%20assumptions.

44.     Attached hereto as **Exhibit 41** is a true and correct copy of relevant excerpts of the instructions submitted to the jury in *Commonwealth of Pennsylvania v. Bristol Myers Squibb Co.*, No. 212 MD 2004 (Pa. Commw. Ct.) on September 8, 2010, with a cover page of the case caption inserted into the document for identification purposes.

45.     Attached hereto as **Exhibit 42** is a true and correct copy of the relevant excerpts of the trial transcript from *Commonwealth of Massachusetts v. Schering-Plough Corp.*, No. 03-11865-PBS (D. Mass. Sept. 28, 2010) containing relevant portions of the instructions submitted to the jury.

46.     Attached hereto as **Exhibit 43** is a true and correct copy of a letter dated July 5, 2002 from William R. Jarvis, Associate Director for Program Development at the National Center for Infectious Diseases, Centers for Disease Control and Prevention, to Sean Tunis, M.D., Acting Chief Medical Officer, CMS.  The letter is Bates-stamped AMGEN-BST0000434842 – AMGEN-BST0000434844.

47.     Attached hereto as **Exhibit 44** is a true and correct copy of a program memorandum dated September 12, 2002 from Steven A. Pelovitz, Director, Survey and Certification Group at the Center for Medicaid and State Operations, to the Associate Regional Administrator, DMSO, State Survey Agency Directors.  The subject of the program memorandum is "Centers for Disease Control and Prevention (CDC) Revised Recommendations for Single-Use Intravenous Medication Vials in End-Stage Renal Disease (ESRD) Facilities." The program memorandum is Bates-stamped AMGEN-BST0001382449 – AMGEN-BST0001382450.

48.     I declare under penalty of perjury that the foregoing is true and correct. Executed on this 22nd day of March, 2011.

_/s/ William J. Dunn_____
William J. Dunn

## **CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to

the registered participants as identified on the Notice of Electronic Filing (NEF), and a copy will

be sent by electronic mail to those indicated as non-registered participants on March 22, 2011.


/s/ William J. Dunn
William J. Dunn