# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. KASSIE WESTMORELAND, et al., )<br><br>Plaintiffs, )<br><br>v. )<br><br>AMGEN INC., et al., )<br><br>Defendants. ) | Civil Action No. 06-10972 - WGY |

## DECLARATION OF MITCHELL MCCLAIN

I, Mitchell McClain, hereby declare:

1.    My name is Mitchell McClain and I am the Senior Vice President of Finance for AmerisourceBergen Specialty Group, Inc. ("ABSG"). I have been employed by ABSG for over nine years.

2.    As the corporate deposition representative of ASD Healthcare ("ASD") I have personal knowledge of the financial operations of ASD.

3.    As related corporate entities, ASD and International Nephrology Network ("INN") have shared the same accounting department since July 2007. Similarly, from July 2007 through 2010, INN and ASD consolidated their financial reports.

4.    ASD is a wholesaler and distributor of pharmaceutical products, including Aranesp and other drugs.

5.    As a wholesaler, ASD purchases products from pharmaceutical manufacturers at the "wholesaler acquisition cost."

6.      ASD then sells and distributes the product to customers pursuant to the terms set forth in each customer's contract with the manufacturer.  ASD retains the discretion to provide discounts to customers in addition to the terms set forth in the contracts between the customer and manufacturer.

7.      Indeed, pursuant to most distribution agreements between manufacturers and wholesaler/distributors, the wholesaler and distributor is *required* to provide additional discounts to customers.

8.      ASD reports to manufacturers the contract price and the number of product units sold and distributed by ASD.  The manufacturer then provides ASD with a "chargeback," which is the difference between the wholesaler acquisition cost and the customer's contract price.

9.      In keeping with this customary business practice and industry norm, ASD operated pursuant to a Wholesaler Distribution Agreement with Amgen.

10.      ASD purchased Aranesp from Amgen, and then sold Aranesp to nephrology practices based on contracts between Amgen and the practices.  ASD would, in its discretion, offer additional discounts to practices.

11.      ASD reported to Amgen the number of units sold as well as the contract price for those units.

12.      Amgen then paid ASD a chargeback for the difference between the customer's contract price and ASD's wholesaler acquisition cost.

13.    In my experience, this is the standard practice for the distribution of pharmaceutical products by a wholesaler in the healthcare industry.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 22 day of March, 2011.

_____
Mitchell McClain