# EXHIBIT 2

# ASD Healthcare
AmerisourceBergen Specialty Group

Distributed by ASD Specialty Healthcare,
345 International Blvd. #400
Brooks, KY 40109
www.ASDhealthcare.com
Phone: (800) 746-6273
Fax: (866) 874-8247

**INVOICE**

| INVOICE NO. | 1101058898 |
|---|---|
| | 08-17-2006 |
| | 1 of 2 |
| | ALPHA |

2022-1865

ADDRESS SERVICE REQUESTED

DEA# RA0219798
FEIN: 33-0800482

0202

NEPH ASSOC
318 WATERMAN AVE
EAST PROVIDENCE, RI 02914-3525

**Please Remit To:** PO BOX 848104
DALLAS, TX 75284-8104

**DEA NUMBER:**
**Ship To:**
NEPH ASSOC
318 WATERMAN AVE
EAST PROVIDENCE, RI 02914-3525

2022-1865**1V1CLGW8000080



| ORDER DATE | ACCOUNT NUMBER | TOP CUSTOMER | SALESPERSON / DEPT | CUSTOMER PO | TERMS |
|---|---|---|---|---|---|
| 08-17-2006 | A 000094478   B 000094478   C 000094478   D 000094478 | 340 | NEPH  253  168 | 081706 | 4.5% 60 Days Net 61 |

| QUANTITY ORDERED | QUANTITY SHIPPED | B/O | ITEM NUMBER | CLASS | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 3 | 3 | 0 | 23657 | RX | ARANESP 100MCG PF SYR 4X0.5ML NDC # - 55513-0041-04 | 1280.45 pk TAX: | 3841.35 0.00 |
| 2 | 2 | 0 | 23658 | RX | ARANESP 200MCG PF SYR .4ML NDC # - 55513-0044-01 | 640.22 EA TAX: | 1280.44 0.00 |
| 1 | 1 | 0 | 24942 | RX | ARANESP 150MCG PFS 4X .3ML NDC # - 55513-0043-04 | 1920.67 pk TAX: | 1920.67 0.00 |
| 2 | 2 | 0 | 23660 | RX | ARANESP 60MCG PF SYR 4X.3ML NDC # - 55513-0039-04 | 768.24 pk TAX: | 1536.48 0.00 |
| 1 | 1 | 0 | 24385 | RX | ARANESP 40MCG PFS SYR 4X.4ML NDC # - 55513-0037-04 | 512.21 pk TAX: | 512.21 0.00 |

| | SUBTOTAL | AMOUNT DUE |
|---|---|---|
| | 9,091.15 0.00 | 9,091.15 |

Comments:

AmerisourceBergen Specialty Group or a member of its affiliated group purchases all pharmaceutical products for distribution in the United States directly from the manufacturer or its exclusive

* A Division of AmerisourceBergen Specialty Group.

## TERMS AND CONDITIONS

1. All claims for damages, discrepancies, and shortages must be reported to ASD Customer Service within two days from the date of receipt of non-refrigerated product and within the same day of receipt of refrigerated product. Any returns must be authorized in writing by ASD Healthcare, Inc. ("ASD") and in accordance with the Prescription Drug Marketing Act, ASD's Return Goods Policies, and any other applicable policy or procedure. All returns must be accompanied by a Return Authorization (RA) Number. Returns may be subject to a handling fee and may only be returned for partial credit to reflect restocking and/or return freight charges. Some products may not be returnable due to manufacturers' policies. Product must be returned in original packaging, in saleable condition and comply with climate control requirements. ASD is not liable for any return package received without a valid RA number. Credits will be posted to the Buyer's account to be applied to other purchases as directed by the Buyer.
2. ASD retains ownership of items until full payment is received. Buyer is responsible for risk of damage or loss.
3. Invoices not paid per terms are subject to late charges of 1.5% per month (18% per year). ASD will be entitled to attorney fees and costs incurred to collect overdue invoices.
4. Prices may be subject to change by ASD.
5. Sales reflected on this invoice may include price discounts or be subject to subsequent reductions or adjustments in price, which may be reflected on other documentation. Buyer will comply with all applicable federal and state laws requiring it to report or reflect such discounts, reductions, or adjustments on cost reports or claims submitted to federal or state healthcare programs or other third party payers, retain this invoice and related pricing documentation, and make the invoice and such documentation available on request to federal or state healthcare program or other third party payer representatives.
6. Acceptance of the listed goods will be deemed to be acceptance of such Terms and Conditions.
7. Unless otherwise specified, all deliveries made by common carrier are FOB Destination. Buyer is responsible for identifying and reporting any damaged boxes to the carrier and to ASD's customer service department upon receipt thereof.
8. All taxes and other charges imposed by federal, state, local, or foreign governments on the manufacture, sale, import, export or use of the goods or services (other than income taxes) shall be paid by Buyer.
9. ASD may not be responsible for delay or failure of performance due to causes beyond its control.
10. ASD's liability on any type of claim whatsoever shall in no case exceed the price of goods or services or part thereof that gives rise to the claim and in no event shall ASD be liable for special, incidental, punitive, or consequential damages.
11. Products furnished by ASD are warranted by ASD only to the extent of any manufacturer's or supplier's warranty to ASD. If Buyer promptly notifies ASD in writing of a breach of warranty, ASD at its option shall reperform services, replace defective products, or refund the services or goods or part thereof which gives rise to the claim. This is Buyer's exclusive remedy and the full liability of ASD for any breach of warranty and is in lieu of all other warranties of performance, merchantability or fitness for any purpose, and supercedes and excludes any oral warranties or representations.
12. Buyer shall not disclose any confidential information of ASD, including pricing, to any third party, except as noted in Paragraph 5 above, without the express written consent of ASD.
13. Buyer shall indemnify ASD and its affiliates and their employees and representatives, from any and all claims arising out of or resulting from any act or omission of Buyer or its agents.
14. This agreement shall be governed by the laws of the Commonwealth of Pennsylvania without regard to conflict of law provisions.

NAI 000553




Distributed by ASD Specialty Healthcare,
345 International Blvd, #400
Brooks, KY 40109
www.ASDHealthcare.com
Phone: (800) 746-6273
Fax: (866) 874-8247

2022-1865



| INVOICE |
|---|
| INVOICE NO. 11010588998 |

| DATE | PAGE | ROUTE |
|---|---|---|
| 08-17-2006 | 2 of 2 | ALPHA |

ADDRESS SERVICE REQUESTED

DEA# RA0219798
FEIN: 33-0800482

Please Remit To:  PO BOX 848104
DALLAS, TX 75284-8104

NEPH ASSOC
318 WATERMAN AVE
EAST PROVIDENCE, RI 02914-3525

DEA NUMBER:
Ship To:

NEPH ASSOC
318 WATERMAN AVE
EAST PROVIDENCE, RI 02914-3525

2022-1865*1VJ1CLGW8000080

| ORDER # / DATE | ACCOUNT NUMBER | LOB / CUSTOMER TYPE | SALESPERSON / DEPT | CUSTOMER PO / TERMS |
|---|---|---|---|---|
| 120615216 | A 000094478   C 000094478 | NEPH | 253    168 | 081706 |
| 08-17-2006 | B 000094478   D 000094478 | 340 | | 4.5% 60 Days Net 61 |

| QUANTITY ORDERED | QUANTITY SHIPPED | QTY B/O | ITEM NUMBER | CLASS | DESCRIPTION | UNIT PRICE | U/M | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|
| | distributor. | | | | | | | |

| SUBTOTAL | 9,091.15 |
|---|---|
| TOTAL TAX | 0.00 |
| **AMOUNT DUE** | **9,091.15** |

1VJ1CM89G:2.2

NAI 000554



NAI 000555

**Nephrology Associates, Inc.**
318 Waterman Avenue
East Providence, Rhode Island 02914

Cust #: 000094478
Inv #: 11010588998

9171

57-168
115

PAY Eight thousand six hundred eighty-two +05/100 ——— DOLLARS

DATE: 10/10/06
TO THE ORDER OF: R&D Healthcare
CHECK NO. 9171
$ 8,682.05

CHECK AMOUNT

NEPHROLOGY ASSOCIATES, INC.

BANK RHODE ISLAND

⑈009171⑈  ⑉011501682⑉   0420249271⑈

NAI 000556