# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* KASSIE WESTMORELAND,<br><br>Plaintiff,<br><br>v.<br><br>AMGEN INC.; INTERNATIONAL NEPHROLOGY NETWORK renamed INTEGRATED NEPHROLOGY NETWORK, a d/b/a of DIALYSIS PURCHASING ALLIANCE, INC.; and ASD HEALTHCARE<br><br>Defendants. | Civil Action No. 06-10972 - WGY |

### AMGEN INC.'S NOTICE OF THE UNAVAILABILITY OF ITS REBUTTAL EXPERT FIONA MORTON

Defendant Amgen Inc. ("Amgen") submits this Notice to inform the Court that its rebuttal expert witness, Professor Fiona Scott Morton, will be unable to testify at trial. Amgen is presently arranging to retain an expert to replace Professor Morton. The new expert will submit a report and be available for deposition well prior to the September trial date. Once Amgen finalizes retention of the replacement expert, Amgen will withdraw Professor Morton's rebuttal report,[1] and will work with the Relator to amend the Case Management Order to allow for discovery of the new expert's opinions. This change need not delay the scheduled April 11, 2011, summary judgment hearing nor the September 2011 trial.

Ms. Morton is a Professor of Economics at the Yale School of Management. She is a highly regarded, tenured professor with substantial expertise in the pharmaceutical industry. Over a year ago, Amgen retained Ms. Morton as an expert to assist in this matter. On February

---

[1] To avoid prejudice to Amgen arising from the Government's hiring of its rebuttal expert, Professor Morton's rebuttal report should remain operative for purposes of summary judgment.

2, 2011, Ms. Morton submitted her expert report to the relator. On February 16, 2011, Relator deposed Ms. Morton, and on March 16, 2011, Relator moved to strike Ms. Morton's report and anticipated trial testimony. Mem. Supp. Relator's Mot. Strike Report & Proposed Testimony of Amgen Expert Fiona Scott Morton (dkt. #423). Under the Case Management Order, and subsequent agreements of the parties, fact discovery closed prior to the disclosure of her report, except for resolving miscellaneous document issues. Thus, none of Relator's fact or expert discovery was contingent upon the contents of Ms. Morton's report.

The United States Department of Justice ("DOJ") has recruited Ms. Morton to serve as Deputy Assistant Attorney General of the Antitrust Division. This means she will be the chief economist to the Antitrust Division. She has accepted this position with a start date of June 1, 2011. In its recent filing (dkt # 421 at n. 1), the DOJ identified itself as representing "the primary real party in interest" in this matter. On March 23, 2011, Ms. Morton informed counsel for Amgen that DOJ had offered her the appointment. Amgen sought to reach a compromise with DOJ that would permit Ms. Morton to testify, but Ms. Morton subsequently informed Amgen that the DOJ states that federal ethical rules prohibit her from appearing in court to testify on Amgen's behalf and that the DOJ's ethics officer's opinion is final on this issue.

In a March 24, 2011, hearing, the Court announced postponement of the trial to September 2011. Amgen learned of DOJ's position that Ms. Morton could not testify at trial on March 24, 2011, after the Court hearing. Amgen informed Relator's counsel of this development on March 26, 2011.

Amgen hopes that the parties will be able to agree upon dates for discovery of the new expert and to present a joint motion to amend the Case Management Order. If the parties do not agree, Amgen proposes that they submit competing proposals to the Court for it to select from, as

was done with the Case Management Order itself. Amgen expects all of the parties will cooperate and ensure there is no disruption to the September trial date.

DATED: March 28, 2011

Respectfully submitted,

 /s/ Michael Kendall
Brien O'Connor (BBO # 546767)
Kirsten V. Mayer (BBO # 641567)
William J. Dunn (BBO #666465)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA  02199-3600
Tel:  617.951.7000
Fax:  617.951.7050
brien.o'connor@ropesgray.com

David S. Rosenbloom, *pro hac vice*
Douglas E. Whitney, *pro hac vice*
MCDERMOTT, WILL & EMERY LLP
227 West Monroe Street, Suite 4400
Chicago, IL 60606-5096
Tel: 312-372-2000
Drosenbloom@mwe.com

Michael Kendall (BBO # 544866)
Daniel A. Curto (BBO # 639883)
MCDERMOTT, WILL & EMERY LLP
28 State Street
Boston, MA  02109-1775
Tel:  617.535.4000
Fax:  617.535.3800
mkendall@mwe.com

*Counsel to Amgen Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and a copy will be sent by electronic mail to those indicated as non registered participants on March 28, 2011.

    /s/ Michael Kendall