**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* KASSIE WESTMORELAND, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )  Civil Action No. 06-10972-WGY ) |
| AMGEN INC.; INTERNATIONAL NEPHROLOGY NETWORK renamed INTEGRATED NEPHROLOGY NETWORK, a d/b/a of DIALYSIS PURCHASING ALLIANCE, INC.; and ASD HEALTHCARE, | ) ) ) ) ) ) |
| Defendants. | ) ) |

**AMGEN INC.'S MOTION TO STRIKE AND PRECLUDE REFERENCES TO DATA COMPILED IN CMS SPREADSHEETS AS EVIDENCE OF PROVIDER CERTIFICATION DATES**

Pursuant to Federal Rules of Evidence 802 and 805, defendant Amgen Inc. ("Amgen") hereby moves to strike inadmissible hearsay evidence upon which Relator seeks to rely in opposing Amgen's Motion for Partial Summary Judgment. That evidence consists of two spreadsheets of purported Medicare provider enrollment data compiled solely for this litigation by an unknown source at the Centers for Medicare and Medicaid Services ("CMS").

As the data compiled in these two spreadsheets could not satisfy the requirements of any hearsay exception at trial, the references and reliance on that data in Relator's opposition to Amgen's Motion for Partial Summary Judgment should be stricken and Relator should be precluded from further reliance on these documents and information. The grounds upon which this motion is based are set forth in the accompanying Memorandum of Law and Declaration of Kirsten V. Mayer, with accompanying exhibits.

| | |
|---|---|
| DATED:  March 28, 2011 | Respectfully submitted, |
| | /s/ Kirsten V. Mayer |
| | Brien O'Connor (BBO # 546767) |
| | Kirsten V. Mayer (BBO # 641567) |
| | William J. Dunn (BBO #666465) |
| | ROPES & GRAY LLP |
| | Prudential Tower |
| | 800 Boylston Street |
| | Boston, MA  02199-3600 |
| | Tel:  617.951.7000 |
| | Fax:  617.951.7050 |
| | brien.o'connor@ropesgray.com |
| | |
| | David S. Rosenbloom, *pro hac vice* |
| | Douglas E. Whitney, *pro hac vice* |
| | MCDERMOTT, WILL & EMERY LLP |
| | 227 West Monroe Street, Suite 4400 |
| | Chicago, IL 60606-5096 |
| | Tel:  312-372-2000 |
| | Drosenbloom@mwe.com |
| | |
| | Michael Kendall (BBO # 544866) |
| | Daniel A. Curto (BBO # 639883) |
| | MCDERMOTT, WILL & EMERY LLP |
| | 28 State Street |
| | Boston, MA  02109-1775 |
| | Tel:  617.535.4000 |
| | Fax:  617.535.3800 |
| | mkendall@mwe.com |
| | |
| | *Counsel to Amgen Inc.* |

**LOCAL RULE 7.1 CERTIFICATION**

Pursuant to local rule 7.1, counsel for Amgen hereby certify that they have conferred with counsel for Relator and have attempted in good faith to resolve or narrow the issues in this Motion, but have been unsuccessful in that effort.

/s/ Kirsten V. Mayer
Kirsten V. Mayer

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and a copy will be sent by electronic mail to those indicated as non registered participants on March 28, 2011.

/s/ Kirsten V. Mayer
Kirsten V. Mayer