Supreme Court of the United States
Office of the Clerk
Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

December 27, 2011

Mr. Kenneth S. Geller
Mayer Brown LLP
1999 K Street, N.W.
Washington, DC 20006

Re: Amgen Inc.
v. New York, et al.
No. 11-363

Dear Mr. Geller:

Enclosed are certified copies of the motion to dismiss the petition for writ of certiorari, filed on December 12, 2011, and the order of dismissal pursuant to Rule 46.

Sincerely,

WILLIAM K. SUTER, Clerk

By Elizabeth Brown

Elizabeth Brown
Assistant Clerk

Enc.
cc:  Derek T. Ho, Esq.
     Clerk, USCA for the First Circuit
         (Your docket Nos. 10-1629, 10-1630, 10-1633
              10-1634, 10-1635, 10-1636, 10-1954, 10-1955)

# Supreme Court of the United States

No.   11-363   2011 DEC 29  P 12:34

AMGEN INC.,

Petitioner

v.

NEW YORK, ET AL.

(27 Dec. 11).   The foregoing motion to dismiss the petition for writ of certiorari and letter of consent in the above-entitled case having been received by the Office of the Clerk, and no fees due the Clerk, the petition for writ of certiorari is now hereby dismissed pursuant to Rule 46 of the Rules of this Court.

(Seal)

                                    WILLIAM K. SUTER
                                    Clerk of the Supreme Court
                                       of the United States
                                  By:
                                    Christopher W. Vasil
                                    Chief Deputy Clerk

A True Copy WILLIAM K. SUTER
Test:
Clerk of the Supreme Court of the United States
By _____cwv_____
                         Chief Deputy

IN THE SUPREME COURT OF THE UNITED STATES

No. 11-363

AMGEN INC., et al., PETITIONERS

v.

STATE OF NEW YORK, et al., RESPONDENTS

DISMISSAL PURSUANT TO RULE 46.1

Pursuant to Rule 46.1 of the Rules of this Court, petitioners Amgen Inc., International Nephrology Network, renamed Integrated Nephrology Network, d/b/a Dialysis Purchasing Alliance, and ASD Healthcare respectfully request that their petition for writ of certiorari be dismissed. All fees due the Clerk have been paid, and petitioners request that all costs in the case be assessed against the party incurring such costs. Counsel for respondents has authorized me to state that respondents join in this request.

Respectfully submitted.

Dated: December 12, 2011

Kenneth S. Geller
*Counsel of Record*
Mayer Brown LLP
1999 K Street, NW
Washington, DC 20006
(202) 263-3000

RECEIVED
DEC 1 2 2011
OFFICE OF THE CLERK
SUPREME COURT, U.S.

A True copy WILLIAM K. SUTER
Test:
Clerk of the Supreme Court of the United States
By _____
Chief Deputy

No. 11-363

# In the Supreme Court of the United States

AMGEN, INC., ET AL,

*Petitioner,*

v.

STATE OF NEW YORK, ET AL,

*Respondent.*

## CERTIFICATE OF SERVICE

I, Charles Rothfeld, a member of the Bar of this Court, certify that on this 12th day of December, 2011, I caused three copies of a Dismissal of the petition for a writ of certiorari by Amgen, Inc., et al., pursuant to Rule 46.1, to be served by overnight mail on the following:

Counsel for Kassie Westmoreland, on behalf of the States of Georgia and New Mexico:

DEREK T. HO
SILVIJA A. STRIKIS
JOSEPH S. HALL
ANDREW S. OLDHAM
KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, DC 20036
(202) 326-7900

SUZANNE E. DURRELL
DURRELL LAW OFFICE
180 Williams Avenue
Milton, MA 02186
(617) 333-9681

ROYSTON H. DELANEY
33 Broad Street, 5th Floor
Boston, MA 02109
(617) 371-0936

Counsel for the State of Massachusetts:

ANN B. ACKIL
Assistant Attorney General
MEDICAID FRAUD DIVISION
One Ashburton Place, Room 1813
Boston, MA 02108
(617) 963-2364

Counsel for the State of New York:

STEVEN C. WU
*Assistant Solicitor General*
CAROLYN T. ELLIS
MARGOT P. SCHOENBORN
Special Assistant Attorneys General, Office of the Attorney General
120 Broadway, 25th Floor
New York, NY 10271
(212) 416-6279

Counsel for the State of Illinois:

JOSEPH B. CHERVIN
*Assistant Attorney General*
OFFICE OF THE ATTORNEY GENERAL
100 W. Randolph Street, 12th Fl.
Chicago, IL 60601
(312) 814-4551

Counsel for the State of Indiana:

JESSICA L. HARLAN
Deputy Attorney General
OFFICE OF THE INDIANA ATTORNEY GENERAL
MEDICAID FRAUD CONTROL UNIT
8005 Castleway Drive
Indianapolis, IN 46250
(317) 915-5330

| | |
|---|---|
| Counsel for AmerisourceBergen Defendants-Appellees: | Counsel for the State of California: |
| JAMES M. BECKER<br>BUCHANAN INGERSOLL & ROONEY, PC<br>Two Liberty Place<br>50 S. 16th St., Suite 3200<br>Philadelphia, PA 19102<br>(215) 665-5366 | ELISEO Z. SISNEROS<br>Deputy Attorney General<br>OFFICE OF THE ATTORNEY GENERAL<br>1455 Frazee Road, Suite 315<br>San Diego, CA 92108<br>(619) 688-6043 |
| PETER E. BALL<br>SALLY & FITCH LLP<br>One Beacon Street<br>Boston, MA 02108<br>(617) 542-5542 | Counsel for the United States:<br><br>DOUGLAS N. LETTER<br>CHARLES W. SCARBOROUGH<br>Civil Division, Room 7244<br>Department of Justice<br>950 Pennsylvania Ave., N.W.<br>Washington, DC 20530<br>(202) 514-2000 |
| ERIC. W SITARCHUK<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market St.<br>Philadelphia, PA 19130<br>(215) 963-5840 | DONALD VERILLI, JR.<br>SOLICITOR GENERAL OF THE UNITED STATES<br>Room 5614<br>Department of Justice<br>950 Pennsylvania Ave., N.W.<br>Washington, DC 20530<br>(202) 514-2000 |

I further certify that all parties required to be served have been served.

_____
Charles Rothfeld
*Mayer Brown LLP*
*1999 K Street, NW*
*Washington, DC 20006*
*crothfeld@mayerbrown.com*
*(202) 263-3000*